UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY<br><br>        Defendant. | Case No. EDCV-04-1544 JC<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:    February 28, 2007

                                              /s/
                              JACQUELINE CHOOLJIAN
                              UNITED STATES MAGISTRATE JUDGE